UNITED STATES, Appellee

v

DAVID A. BARKAI, Private, U. S. Army, Appellant

No. 27,089

SPCM 8479

UNITED STATES, Appellee

v

EDWARD R. KACHMARIK, Specialist Four, U. S. Army, Appellant

No. 27,279

CM 429039

UNITED STATES, Appellee

v

DANIEL H. PICARD, Private, U. S. Army, Appellant

No. 27,407

CM 429879

March 29, 1974

 

*Colonel Arnold I. Melnick* (No. 27,089; No. 27,279; No. 27,407), *Captain J. Houston Gordon* (No. 27,279; No. 27,407), *Captain Denis E. Hynes* (No. 27,279; No. 27,407), *Captain Leland M. Stenehjem, Jr.* (No. 27,089), and *Captain Gilbert J. Weller* (No. 27,089) were on the pleadings for Appellants, Accused.

*Lieutenant Colonel Ronald M. Holdaway* (No. 27,089; No. 27,279; No. 27,407), *Lieutenant Colonel Donald W. Hansen* (No. 27,407), *Major Thomas P. Burns, III* (No. 27,089; No. 27,279), *Captain M. Douglas Deitchler* (No. 27,089; No. 27,279; No. 27,407), *Captain William A. Kolibash* (No. 27,089), *Captain Lawrence D. Martin* (No. 27,279), and *Captain Thomas P. McCullough, Jr.* (No. 27,407) were on the pleadings for Appellee, United States.

OPINION OF THE COURT

PER CURIAM:

For the reasons set out in United States v Sloan, 22 USCMA 587, 48 CMR 211 (1974), we affirm the decision of the Court of Military Review.